UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>ENVISION TOPCO HOLDINGS, LLC AND ENVISION PHARMACEUTICAL HOLDINGS LLC D/B/A ENVISION AND/OR ENVISIONRX; ENVISION INSURANCE COMPANY; ENVISIONRX OPTIONS LLC; RITE AID CORPORATION; AND TPG GLOBAL, LLC,<br><br>Defendants. | Civil Action No. 16 cv 289 (GAM)<br><br>FILED UNDER SEAL PURSUANT TO 31 U.S.C. §§ 3730(b)(2) |

### [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE

*Qui tam* plaintiffs Jane Doe 1 and Jane Doe 2 ("Relators") having requested, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; and the United States having consented, in the interests of justice, to such dismissal without prejudice, IT IS HEREBY ORDERED THAT:

1. This action is dismissed without prejudice;
2. The Complaint shall be unsealed;
3. Relators' Notice of Dismissal, the Government's Consent to Dismissal, and this Order shall be unsealed;
4. All other filings prior to the date of this Order shall remain under seal; and
5. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

Dated: _____    _____
UNITED STATES DISTRICT JUDGE

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLAINTIFF UNDER SEAL | : Civil Action No. 16-cv-289 (GAM) |
| v. | : FILED UNDER SEAL PURSUANT TO |
| DEFENDANT UNDER SEAL | 31 U.S.C. §§ 3730(b)(2) |

FILED
AUG 13 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

RELATORS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

**FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>ENVISION TOPCO HOLDINGS, LLC AND ENVISION PHARMACEUTICAL HOLDINGS LLC D/B/A ENVISION AND/OR ENVISIONRX; ENVISION INSURANCE COMPANY; ENVISIONRX OPTIONS LLC; RITE AID CORPORATION; AND TPG GLOBAL, LLC,<br><br>Defendants. | Civil Action No. 16 cv 289 (GAM)<br><br>FILED UNDER SEAL PURSUANT TO 31 U.S.C. §§ 3730(b)(2) |

## RELATORS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and 31 U.S.C. § 3730(b)(1), plaintiffs Jane Doe 1 and Jane Doe 2 ("Relators") hereby dismiss this action without prejudice as to the Relators and the United States. The United States will be filing a consent to this dismissal without prejudice.

August 13, 2018

/s/James A. Kozachek
James A. Kozachek (PA Attorney ID: 62296)
CARTUSCIELLO & KOZACHEK, LLC
Francis Hopkinson House, 3rd Floor
101 Farnsworth Avenue
Bordentown, NJ 08505
(609) 324-8200
Fax: (609) 324-8201
Email: jkozachek@cklawllc.com

Robert M. Thomas, Jr. (Mass. BBO #645600)
THOMAS & ASSOCIATES
20 Park Plaza, Suite 438
Boston, MA 02116-4322
(617) 371-0934
Fax: (888) 676-7420
Email: rmt@thomasandassoc.net

Suzanne E. Durrell (Mass. BBO #139280)
DURRELL LAW OFFICE
180 Williams Avenue
Milton, MA 02186
(617) 333-9681
Fax: (617) 333-0014
Email: suzanne.durrell@verizon.net

*Attorneys for Plaintiffs-Relators*